UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EFREM WALKER, Individually,

    Plaintiff,

v.

WHITE CASTLE MICHIGAN, LLC,
a Michigan Limited Liability Company,
and WHITE CASTLE SYSTEM, INC.,
a Delaware Corporation,

    Defendants.
_____/

Case No. 2:14-cv-13359-GCS-PJK
Hon. George Caram Steeh
Magistrate Judge Paul J. Komives

| | |
|---|---|
| M.J. STEPHEN FOX (P36694)<br>Fox & Associates<br>Co-Counsel for Plaintiff<br>2529 Chatham Woods Dr. SE<br>Grand Rapids, MI  49546<br>(616) 293-3955<br><br>LAWRENCE A. FULLER<br>Fuller, Fuller & Associates, P.A.<br>Co-Counsel for Plaintiff<br>12000 Biscayne Blvd., Ste. 502<br>North Miami, FL  33181<br>(305) 891-5199 | WILLIAM D. SARGENT (P38143)<br>STANLEY H. PITTS (P33519)<br>Honigman Miller Schwartz and Cohn LLP<br>Attorneys for Defendants<br>2290 First National Building<br>Detroit, MI  48226<br>(313) 465-7000<br>spitts@honigman.com |

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    The parties having stipulated to the entry of this Order through their respective counsel, and the Court being fully advised,

15960501.1

IT IS ORDERED that this case is dismissed, with prejudice and without costs, interest or attorneys' fees to any party.

This Order resolves all pending claims and closes the case and this matter in its entirety.

s/George Caram Steeh<br>U.S. District Judge

Dated:  November 6, 2014

APPROVED FOR ENTRY:

| FOX & ASSOCIATES | FULLER, FULLER & ASSOCIATES, P.A. |
|---|---|
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| By: /s/ M.J. Stephen Fox (w/consent) | By: /s/ Lawrence A. Fuller (w/consent) |
|     M.J. Stephen Fox, Esq. |     Lawrence A. Fuller, Esq. |
| 2529 Chatham Woods Dr. SE | 12000 Biscayne Blvd., Suite 502 |
| Grand Rapids, MI  49546 | North Miami, FL 33191 |
| (616) 293-3955 | (305) 891-5199 |

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
Attorneys for Defendants

By: /s/ Stanley H. Pitts_____
     Stanley H. Pitts (P33519)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7516
spitts@honigman.com

15960501.1